IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **LAURA AKERS,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-11-2239 |
| **ROBERT A. WALLINGSFORD,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Previously, the Court granted Plaintiff additional time within which to file a supplemental complaint since the Court was unable to find a federal question in this nondiversity, *pro se* case. (ECF No. 2.)  Plaintiff has instead filed a "request to change venue" and asks this Court to transfer her case to the Circuit Court for Anne Arundel County, Maryland.  (ECF No. 3.)  The Court concludes this case does not present a federal question and, therefore, the Court is without subject-matter jurisdiction.  It is, consequently, without power to transfer the case to another forum.  Accordingly, this case will be dismissed without prejudice so that Plaintiff may refile her case, if she so chooses, in another court.

DATED this 30th day of September, 2011.

BY THE COURT:

/s/
James K. Bredar
United States District Judge